

# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

FILED
NOV 20 2018
United States Bankruptcy Court
Middle District of Alabama

Receipt # 6015064

SABRINA L. MCKINNEY
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

November 14, 2018

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3185106 for $14,676.66 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| WILLIAM DOUGLAS KNIGHT<br>LAURIE LYNN KNIGHT<br>12-31893-WRS | WILLIAM DOUGLAS KNIGHT<br>LAURIE LYNN KNIGHT<br>6623 LIGHTWOOD RD<br>DEATSVILLE, AL, 36022 | $12.20 |
| TYQUETTA MARTIN<br>DARRIN MONTAE MARTIN<br>12-81175-WRS | DITECH FINANCIAL LLC<br>P O BOX 0049<br>PALATINE, IL, 60055-0049 | $1,458.35 |
| MICHAEL T HALL<br>TAMMY L HALL<br>12-81829-WRS | VALLEY CARDIOLOGY<br>THE ADJUSTMENT AGENCY<br>217 B N LANIER AVE<br>LANETT, AL, 36863 | $3.46 |
| GERALDINE STALLWORTH<br>EFREM STALLWORTH<br>13-30278-WRS | CASH NET USA<br>175 W JACKSON BLVD FL 10<br>CHICAGO, IL, 60604 | $12.43 |
| CHERYL GUNTER<br>13-30372-DHW | NELNET<br>C/O US DEPARTMENT OF EDUCATION<br>P O BOX 740283<br>ATLANTA, GA, 30374-0283 | $1,505.94 |
| VICKIE KIRK<br>13-31051-WRS | 1 STOP CASH<br>5925A CARMICHAEL RD<br>MONTGOMERY, AL, 36117 | $74.72 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| DEBORAH GARRETT VAUGHT<br>13-80679-WRS | DEBORAH GARRETT VAUGHT<br>1606 LEO LANE<br>OPELIKA, AL, 36801 | $25.83 |
| PHYLLIS BEST ENGLISH<br>13-31385-WRS | 1 STOP CASH<br>5925A CARMICHAEL RD<br>MONTGOMERY, AL, 36117 | $15.17 |
| LAKEYTA KNIGHT<br>13-10965-WRS | WELLS FARGO BANK NA<br>P O BOX 63491 MAC A0143-042<br>SAN FRANCISCO, CA, 94163 | $190.00 |
| SHERRY ANOTTE ALLEN<br>13-80910-WRS | SHERRY ANOTTE ALLEN<br>23 RICHMOND PARK DR<br>PHENIX CITY, AL, 36869 | $54.96 |
| BETTY D MCCONICO<br>13-31910-BPC | ONE STOP CASH<br>5925A CARMICHAEL RD<br>MONTGOMERY, AL, 36117 | $5.86 |
| CLIFFORD C COBB<br>13-11415-WRS | CLIFFORD C COBB<br>112 FAIRLANE MEADOWS APT 103 B<br>EUFAULA, AL, 36027 | $6.66 |
| ALICIA L HOGAN<br>13-32141-WRS | KHEAA<br>P O BOX 798<br>FRANKFORT, KY, 40602-0798 | $91.88 |
| GREGORY LEE GUNN<br>13-32173-WRS | 1 STOP CASH<br>5925A CARMICHAEL RD<br>MONTGOMERY, AL, 36117 | $2.93 |
| TARSHA LASHEL FEAGIN<br>13-11539-WRS | TARSHA LASHEL FEAGIN<br>2744 RIDGEWOOD AVE APT 59<br>SANFORD, FL, 32773 | $148.62 |
| RENADA C MCELROY<br>13-11564-WRS | RENADA C MCELROY<br>P O BOX 301<br>EUFAULA, AL, 36027 | $3.49 |
| FANNIE D KING<br>13-81297-WRS | FANNIE D KING<br>522 SHELTON LN<br>AUBURN, AL, 36830-3244 | $120.63 |
| LOUIS THOMAS KUCKENS<br>13-32547-BPC | LOUIS THOMAS KUCKENS<br>2050 A COUNTY RD 21N<br>WHITE CITY, AL, 36067 | $28.00 |
| MICHELLE DOZIER<br>13-81502-WRS | MICHELLE DOZIER<br>P O BOX 379<br>ROANOKE, AL, 36274 | $16.06 |
| BO REYNOLDS<br>13-33007-WRS | BO REYNOLDS<br>231 DAFFODIL COURT<br>MILLBROOK, AL, 36054 | $92.00 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| WENDELL C CARROLL<br>CHRISTINA M BROGDON<br>13-12143-WRS | SOUTHEAST AL RURAL HEALTH ASSOCIATES<br>1414 ELBA HWY<br>TROY, AL, 36079 | $2.26 |
| ROBERT T M JACKSON<br>13-33158-WRS | ROBERT T M JACKSON<br>3307 WOODLEY RD<br>MONTGOMERY, AL, 36116 | $66.50 |
| DONNA BICKLEY KINDRED<br>13-33205-BPC | AARGON AGENCY AS AGENT FOR<br>OPS 9A CERTEGY BAD CHECK<br>8668 SPRING MOUNTAIN RD<br>LAS VEGAS, NV, 89117-4113 | $2.21 |
| SHELLEY JEAN WADE<br>13-12359-WRS | SHELLEY JEAN WADE<br>177 SOUTHFIELD LN<br>BREWTON, AL, 36426 | $3.57 |
| JULIO A ACEVEDO<br>13-12376-WRS | JULIO A ACEVEDO<br>28 OLSEN DR<br>FORT RUCKER, AL, 36362 | $110.00 |
| LAASHLEIGH PORTIS<br>13-33433-WRS | LAASHLEIGH PORTIS<br>215 APT D EASTDALE RD<br>MONTGOMERY, AL, 36117 | $2.20 |
| ANNIE BAGGETT<br>13-81793-WRS | ANNIE BAGGETT<br>401 B FRUITWOOD COURT<br>OPELIKA, AL, 36801 | $1.24 |
| GRANT DALE ADAMS<br>14-10262-WRS | GRANT DALE ADAMS<br>200 GRAND VILLA DR LOT C85<br>DOTHAN, AL, 36301 | $46.00 |
| DEMICO LATONYA GARDNER<br>14-30397-WRS | DEMICO LATONYA GARDNER<br>46 SEVERAGE LANE<br>MILLBROOK, AL, 36054 | $60.00 |
| ROBERT ERIC SAGGUS<br>14-80217-WRS | ROBERT ERIC SAGGUS<br>P O BOX 510<br>OPELIKA, AL, 36803 | $485.92 |
| ROBERT ERIC SAGGUS<br>14-80217-WRS | AMY SAGGUS<br>MCADORY BORG LAW FIRM<br>121 MITCHAM AVE<br>AUBURN, AL, 36830 | $7,406.27 |
| DONNIE E REESE<br>SHIRLEY P REESE<br>14-80289-WRS | SPOT ON LOANS<br>P O BOX 6243<br>N LOGAN, UT, 84341 | $21.86 |
| DONNIE E REESE<br>SHIRLEY P REESE<br>14-80289-WRS | EMERGENCY SERVICES OF MONTGOMERY<br>PC<br>P O BOX 12907<br>NORFOLK, VA, 23541 | $1.79 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| KEVIN FRAZIER<br>KELLY FRAZIER<br>14-10568-WRS | KEVIN FRAZIER<br>KELLY FRAZIER<br>155 LITTLE POND RD<br>BREWTON, AL, 36426 | $10.43 |
| CORBIE D COOLEY<br>14-10594-WRS | CORBIE D COOLEY<br>1887 WICKSBURG RD<br>NEWTON, AL, 36352 | $20.38 |
| LACHANDERA DENISE PIERCE<br>14-30913-WRS | CASH MART<br>115 S MARION ST<br>ATHENS, AL, 35611 | $6.32 |
| WILLIE J BALDWIN<br>14-10725-WRS | ATLAS ACQUISITIONS LLC<br>OLIPHANT FINANCIAL<br>P O BOX 864934<br>ORLANDO, FL, 32886-4934 | $103.85 |
| TIARA L WALKER<br>14-10789-WRS | APPROVED CASH ADVANCE<br>2855 ROSS CLARK CIRCLE STE 101<br>DOTHAN, AL, 36301 | $904.63 |
| JAMAY MCNEAR<br>14-31904-WRS | JAMAY MCNEAR<br>524 FORREST RIDGE CT<br>MONTGOMERY, AL, 36109 | $7.80 |
| JEANETTE MICHELLE CHANCELLOR<br>14-33167-WRS | JEANETTE MICHELLE CHANCELLOR<br>214 CREST CLUB DR<br>VALLEY, AL, 36854 | $9.47 |
| ORA JEAN ASKEW<br>14-81565-WRS | ORA JEAN ASKEW<br>392 JACK WILSON RD<br>CAMP HILL, AL, 36850 | $124.11 |
| JAMES REED<br>15-30342-WRS | JAMES REED<br>1105 S MCDONOUGH ST<br>MONTGOMERY, AL, 36104 | $275.00 |
| GERALD L TRUETT<br>15-80241-WRS | GERALD L TRUETT<br>152 OAK ST W<br>ALEXANDER CITY, AL, 35010 | $1.02 |
| JOANN B BENNETT<br>15-32109-BPC | JOANN B BENNETT<br>44 COURT ST<br>LUVERNE, AL, 36049 | $38.79 |
| LINDA D DAVIS<br>15-33256-WRS | LINDA D DAVIS<br>157 OWENS DR S<br>HOPE HULL, AL, 36043 | $3.43 |
| MARY LYNNE HOWARD<br>15-33406-WRS | MARY LYNNE HOWARD<br>32 OAKLEIGH DR<br>WETUMPKA, AL, 36092 | $1,008.00 |

Case 15-33406    Doc 49    Filed 11/20/18    Entered 11/21/18 10:11:17    Desc Main
Document    Page 4 of 5

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| RONNIE D BLOUNT<br>SAMANTHA D BLOUNT<br>16-10771-WRS | RONNIE D BLOUNT<br>SAMANTHA D BLOUNT<br>535 LEISURE DR<br>HARTFORD, AL,   36344 | $5.39 |
| SHELTON PATTERSON<br>16-11272-WRS | SHELTON PATTERSON<br>1560 HWY 51 N<br>MIDWAY, AL,   36053 | $1.55 |
| ROXANE BROOKS TURNER<br>16-11608-WRS | ROXANE BROOKS TURNER<br>10445 CO RD 53<br>HEADLAND, AL,   36345 | $1.62 |
| LEEKEESHIA DANIELS<br>16-11617-WRS | LEEKEESHIA DANIELS<br>103 DOVE AVE<br>TROY, AL,   36079 | $2.86 |
| DERRICK PHILLIP SENN<br>MARSHA DENISE SENN<br>16-11663-WRS | DERRICK PHILLIP SENN<br>MARSHA DENISE SENN<br>316 OAKLEIGH DR<br>TROY, AL,   36079 | $73.00 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

*[signature]*

Sabrina L. McKinney
Chapter 13 Standing Trustee
SLM/BH